389 A.2d 193

Commonwealth v. Glover, Appellant.

Submitted December 14, 1977. Lynne D. Miller, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Robert B. Lawler, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.